UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| GLOBAL IMAGING ACQUISITION GROUP, LLC, | Case No.: 14-CV-635 |
| Plaintiff, | |
| v. | |
| KEITH RUBENSTEIN, MAXWELL STEINER, JONATHAN VAN KLEECK, | |
| Defendants. | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Attorney Frederic L. Gordon of Gordon & Holmes appears on behalf of Plaintiff, Global Imaging Acquisition Group, LLC and hereby demands that copies of all pleadings and other documents to be filed with the court be served on counsel at the address below.

Dated this 17th day of September, 2014.

    Attorneys for Plaintiff Global Imaging Acquisition Group, LLC

    /s/ Frederic L. Gordon
    Frederic L. Gordon
    California State Bar No. 98994
    **GORDON & HOLMES**
    223 West Date Street
    San Diego, CA 92101-2914
    Phone No: 619-696-0444
    Fax No: 619-696-1144
    E-mail: fgordon@gordonandholmes.com

    Noah D. Fiedler
    State Bar No. 1022277
    **Hinshaw & Culbertson LLP**
    100 E. Wisconsin Avenue, Suite 2600
    Milwaukee, WI 53202
    Phone No. 414-276-6464
    Fax No.: 414-276-9220
    E-mail : nfiedler@hinshawlaw.com