# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

GLOBAL IMAGING ACQUISITIONS
GROUP, LLC,
    Plaintiff

v.                     CASE NUMBER: 14-C-0635

KEITH RUBENSTEIN, et al.,
    Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment on the merits is entered in favor of the defendants on the plaintiff's claims under the Computer Fraud and Abuse Act and the Electronic Communication Privacy Act. The court relinquishes supplemental jurisdiction over the state-law claims and remands this action to the Circuit Court for Waukesha County, Wisconsin.

    August 16, 2017                           Stephen C. Dries
Date                                                          Clerk

                                                                              s/ G. Colletti
                                                                              (By) Deputy Clerk